UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

LIBERTY MUTUAL INSURANCE
COMPANY,

      Plaintiff,

vs.

DORIS BURNS,

      Defendant.

Case No. 1:09-CV-271

Chief Judge Curtis L. Collier

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANT DORIS BURNS

COMES NOW Plaintiff, by and through its undersigned counsel, and hereby dismisses Defendant Doris Burns ("Burns") pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This case was initially filed with multiple defendants. Plaintiff has already settled, dismissed and/or elected to pursue in another venue all defendants with the exception of Burns. Plaintiff will discuss resolution of its dispute with Burns outside of this judicial forum in light of the economics now present in this case.

WHEREFORE, for the foregoing reasons, Plaintiff provides notice that this case is hereby dismissed voluntarily without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to Defendant Doris Burns.

Respectfully submitted,

BURCH, PORTER & JOHNSON
a Professional Limited Liability Company


/s/ Scott J. Crosby
Scott J. Crosby (TN BPR #014287)
130 North Court Avenue
Memphis, TN  38103
Tel:    901.524.5000
Fax:    901.524.5024
scrosby@bpjlaw.com
*Attorney for Plaintiff*

## *Certificate of Service*

I hereby certify that I have this day mailed, postage prepaid, a true and correct copy of the above and foregoing document to Doris Burns, 470 Covenant Drive NE, Cleveland, Tennessee  37323.

This _7th_ day of May, 2011.


/s/ Scott J. Crosby
Scott J. Crosby